| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Kane, Yvette | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nominating, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>Federal Building<br>228 Walnut Street, 8th Floor<br>Harrisburg, PA 17108 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see p. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Board of Directors, Trout Unlimited, Cumberland Valley Chapter |
| 2. | Director | Federal Judges Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 13 P 12: 00 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ *NONE* - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | John R. McGinley, Jr., Esquire | Jewelry, Personal Gifts | $17,000 |
| 2. | John R. McGinley, Jr., Esquire | Steelers' Playoff Tickets | $800 |
| 3. | James E. Nevels | Guided Fishing Trip | $750 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ *NONE* - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kane, Yvette | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) G in Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Commonwealth of Pennsylvania Deferred Compensation Pgm. | | None | K | T | | | | | |
| 2. Alliance Government Money Market Fund • | | None | J | T | Sold | 1/23 | J | A | |
| 3. US Series EE Savings Bonds | C | Interest | K | T | | | | | |
| 4. Donaldson, Lufkin, Jenrette IRA | | None | K | T | | | | | |
| 5. PA State Employees Credit Union (PSECU) Accounts ** | A | Interest | K | T | | | | | |
| 6. Wachovia Bank *** | A | Interest | | | Closed | 8/11 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report)

See Part VII

\* Alliance Gov't MM Fund is listed in Part VII, Item 2. This was a Certificate of Deposit cashed in 2003 and should have been reported in the Transaction section in the last reporting period.

\*\* PSECU is listed in Part VII, Item 5 for the first time. This is not a new account. It should have been listed in prior reporting periods (2003 and 2002) because, although the amount of interest income has never reached the minimum reportable amount, at times combined account balances have met the reporting threshold.

\*\*\* Wachovia Bank is listed in Part VII, Item 6 for the first time. This is not a new account. It should have been listed in 2003 because, although the interest income was insufficient to warrant reporting, at times the balance met the reportable minimum. The account was held ████████████████
████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date ___5|12|:05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

CHAMBERS OF
**YVETTE KANE**
JUDGE

FEDERAL BUILDING & COURTHOUSE
228 WALNUT STREET
P.O. BOX 11817
HARRISBURG, PA 17108-1817

May 24, 2005

Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Court
One Columbus Circle, N.E.
Washington, D.C. 20544

**SELF INITIATED
AMENDMENT**

### RE: Self-Initiated Amendment to 2004 Financial Disclosure Report

Dear Chairman Lisi:

Please accept this letter as an amendment to my 2004 Financial Disclosure Report. In Part I of the report, I reported my position as a Director of the Federal Judges' Association. I neglected in Part IV, Reimbursements, to report reimbursement for my attendance at the 2004 Board of Directors Meeting held in Washington, D.C., on May 15, 16 and 17, 2004. I received reimbursement for transportation, meals and a hotel room in connection with that meeting. My report should be amended accordingly.

Thank you for your assistance.

Sincerely,

Yvette Kane
United States District Judge

RECEIVED
2005 JUN -2 A 11: 08
FINANCIAL
DISCLOSURE OFFICE